IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LINDSEY KENT SPRINGER,

    Movant,

v.                                                    No. CV 14-0655 KG/CEG

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT

This matter having come before the Court, *sua sponte* under rules 1(b), 4 of the Rules Governing Section 2254 Cases and 28 U.S.C. § 1631, on Movant's Motion for Release Pending Disposition of 2255 Proceeding (Doc. 1); the Court having construed the motion as a petition for writ of habeas corpus under 28 U.S.C. § 2241 and having entered an order dismissing the petition for lack of jurisdiction,

IT IS THEREFORE ORDERED that JUDGMENT is hereby entered in favor of Respondent, and this proceeding is DISMISSED.

_____
UNITED STATES DISTRICT JUDGE